## Jesse W. McMillen v. City of Chicago et al. Same v. County of Cook et al.

1. ASSIGNEES—*Of Officer's Salaries—No Standing in a Court of Equity.*—The assignee of an officer's salary may sue at law if his claim is valid, but valid or invalid, he has no standing in a court of equity.

In equity.—Bills by an assignee of an officer's salary. Appeals from the Circuit Court of Cook County. In the first case the Hon. JOHN GIBBONS, Judge, presiding. In the second case the Hon. ELBRIDGE HANECY, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed December 28, 1896.

D. A. HOLMES, attorney for appellant.

FRANK L. SHEPARD, assistant county attorney, WILLIAM G. BEALE, corporation counsel, BYRON BOYDEN, assistant corporation counsel, attorneys for appellees; ROBERT S. ILES, county attorney, of counsel.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

In these cases the appellant filed bills to recover, in the one case from the city, salaries of policemen and firemen which he claimed by assignments from the policemen and firemen of wages due, or to become due to them, respectively; and in the other, the salaries of clerks in the office of the clerk of the Circuit Court, which he claimed under similar assignments.

We shall not go into the vexed question of public policy as affecting such assignments.

Good or bad, valid or invalid, the appellant has no standing in a court of equity. City of Elgin v. Schoenberger, 59 Ill. App. 384; 2 Am. and Eng. Ency. of Law, 2d Ed., 1095.

He may sue at law, in the name of the respective assignors, if his claims are valid. Ibid.

The decrees sustaining demurrers to, and dismissing the bills are affirmed.